**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 39  
**IP Address:** 74.90.234.0  
**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C8D1E5C19A4221AC02A97002AB885906308DAC93 | Blacked Raw | 06/23/2018 20:10:58 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 12/30/2017 23:31:33 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 05/24/2018 15:22:06 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 4 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 05/25/2018 05:50:27 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 5 | 132EE60D7C0DC1229C3D3CBD15C56561F8581C2E | Vixen | 01/18/2018 14:53:59 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 6 | 1E67DE039B64675913542CB2412BE54790434246 | Blacked | 06/21/2018 19:39:31 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 7 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/24/2018 14:08:49 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 8 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 04/11/2018 20:02:57 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 9 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/30/2017 23:20:34 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 10 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 06/21/2018 14:55:24 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 11 | 46657A0D537BDE2011466635C4942788C9B3C075 | Vixen | 06/21/2018 17:56:29 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 12 | 5C129E1870A36D3B353ED0950B4E7BD485B3DA50 | Tushy | 05/24/2018 13:46:02 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 13 | 5D6C222C7939BB472D2C17A576870BE41E3BA41A | Blacked Raw | 12/30/2017 23:31:31 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 14 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 06/23/2018 20:38:14 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 15 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/19/2017 02:11:53 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 16 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 12/30/2017 23:32:01 | 06/29/2017 | 07/07/2017 | PA0002070821 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 06/21/2018 18:00:00 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 18 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 12/30/2017 23:31:33 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 19 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 04/05/2018 22:47:43 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 20 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 06/21/2018 15:46:32 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 21 | 9B5761C43053C4D647846D4270AD5085098C8B1A | Tushy | 01/18/2018 14:52:12 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 22 | 9C2CFD7BADF178E280F2E20C8343F79DF229956C | Blacked | 12/30/2017 23:14:30 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 23 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 11/19/2017 02:29:45 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 24 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 06/23/2018 20:00:24 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 25 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 02/15/2018 15:33:50 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 26 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 11/19/2017 02:18:13 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 27 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 02/15/2018 15:27:38 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 28 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 06/21/2018 18:57:32 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 29 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 05/26/2018 20:24:39 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 30 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 06/23/2018 20:28:16 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 31 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | Blacked | 06/21/2018 19:07:50 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 32 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 06/21/2018 19:50:58 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 33 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 04/05/2018 22:55:52 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 34 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 12/30/2017 23:21:44 | 04/30/2017 | 06/15/2017 | PA0002037580 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 01/07/2018 07:20:32 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 36 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 04/19/2018 15:25:30 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 37 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | Blacked Raw | 06/21/2018 20:32:54 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 38 | FB3BE6815044F9B4866DD510C68A6E4544BFB5A5 | Blacked | 04/11/2018 19:21:05 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 39 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 06/28/2018 16:30:16 | 09/21/2017 | 10/10/2017 | PA0002086168 |