**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                          :
STRIKE 3 HOLDINGS, LLC,                                    :
                                                          :       Case No. 1:18-cv-04573-DLI-LB
                        Plaintiff,                         :
                                                          :
                vs.                                        :
                                                          :
JOHN DOE subscriber assigned IP address                   :
74.90.234.0,                                               :
                                                          :
                        Defendant.                        :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 74.90.234.0, are voluntarily dismissed without prejudice.

Dated: January 10, 2019                    Respectfully submitted,

                                           **FOX ROTHSCHILD, LLP**

                                           By:  /s/ *Shireen Nasir*
                                                Shireen Nasir, Esq.
                                                snasir@foxrothschild.com
                                                101 Park Avenue
                                                17th Floor
                                                New York NY 10178
                                                Tel.: (212) 878-7900
                                                Fax: (212) 692-0940
                                                www.foxrothschild.com
                                                *Attorneys for Plaintiff*

1